UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS L. HILL, SR., :

    Petitioner : CIVIL ACTION NO. 3:22-1764

v. : (JUDGE MANNION)

:

STEPHEN SPAULDING,

    Respondent :

:

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

3. Petitioner's motion to dismiss for want of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1) (Doc. 6) is **DISMISSED** as moot.

                                                             **MALACHY E. MANNION**
                                                             United States District Judge

**DATE: June 28, 2023**
22-1764-01-ORDER